# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DANIEL ONN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARNIVAL CORP., et al.,<br><br>　　　　Defendants. | Case No.  20-cv-07929-BLF<br><br>**ORDER TERMINATING MOTIONS TO DISMISS AS MOOT; AND VACATING HEARINGS**<br><br>[Re:  ECF 30, 34] |

The Motions to Dismiss filed by Defendants Carnival Corp. and Mouseflow, Inc. and set for hearing on July 1, 2021 are hereby TERMINATED AS MOOT in light of the filing of the first amended complaint.  *See* Fed. R. Civ. P. 15(a)(1)(B).  The hearings are VACATED.

**IT IS SO ORDERED.**

Dated: February 16, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge