1  JACOB M. HEATH (SBN 238959)
   jheath@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025-1015
   Telephone:   +1 650 614 7400
4  Facsimile:    +1 650 614 7401

5  ARAVIND SWAMINATHAN [*pro hac vice*]
   aswaminathan@orrick.com
6  NICOLE M. TADANO [*pro hac vice*]
   ntadano@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   701 5th Ave., Ste 5600
8  Seattle, WA 98104
   Telephone:   +1 206 839 4300
9  Facsimile:    +1 206 839 4301

10 Attorneys for Defendant,
   CARNIVAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIEL ONN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORP. and MOUSEFLOW, INC.,<br><br>Defendants. | Case No. 5:20-cv-07929-BLF<br><br>**DECLARATION OF JACOB M. HEATH IN SUPPORT OF CARNIVAL CORPORATION'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:   July 1, 2021<br>Time:  9:00 a.m.<br><br>Judge: Hon. Beth Labson Freeman |
|---|---|

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

DECLARATION OF JACOB M. HEATH IN
SUPPORT OF CARNIVAL'S MOTION TO DISMISS
CASE NO. 5:20-CV-07929-BLF

I, Jacob M. Heath, declare as follows:

1. I am a member of the California State Bar, admitted to practice before this Court. I am a partner at Orrick, Herrington & Sutcliffe LLP, and counsel of record for Carnival Corporation ("Carnival") in the matter of *Daniel Onn v. Carnival Corp. and Mouseflow, Inc.*, Case No. 5:20-cv-07929-BLF. I make this declaration in support of Defendant Carnival Corporation's Motion to Dismiss First Amended Complaint. I am familiar with the events, pleadings, and discovery in this action and, if called as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. Attached as **Exhibit 1** is a copy of an email exchange between counsel for Plaintiff Daniel Onn, counsel for Defendant Carnival, and counsel for Defendant Mouseflow regarding Plaintiff's intent to amend his Complaint.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 2, 2021 in Oakland, California.

／s/ Jacob M. Heath
JACOB M. HEATH