1  JACOB M. HEATH (SBN 238959)
   jheath@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025-1015
   Telephone:   +1 650 614 7400
4  Facsimile:   +1 650 614 7401

5  ARAVIND SWAMINATHAN [*pro hac vice*]
   aswaminathan@orrick.com
6  NICOLE M. TADANO [*pro hac vice*]
   ntadano@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   701 5th Ave., Ste 5600
8  Seattle, WA 98104
   Telephone:   +1 206 839 4300
9  Facsimile:   +1 206 839 4301

10 Attorneys for Defendant,
   CARNIVAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ONN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORP. and MOUSEFLOW, INC.,<br><br>Defendants. | Case No. 5:20-cv-07929-BLF<br><br>**[PROPOSED] ORDER RE DEFENDANT CARNIVAL CORPORATION'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:  July 1, 2021<br>Time:  9:00 a.m.<br><br>Judge:  Hon. Beth Labson Freeman |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER RE DEFENDANT
CARNIVAL CORPORATION'S MOTION TO
DISMISS FIRST AMENDED COMPLAINT
CASE NO. 5:20-CV-07929-BLF

1     Having considered Defendant Carnival Corporation's ("Defendant") Motion To Dismiss Plaintiff Daniel Onn's First Amended Complaint for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6), and all the papers filed in support thereof, all papers in opposition thereto filed by Plaintiff, and any oral argument of counsel at any hearing on the motion, the Court hereby GRANTS Defendant's motion. Plaintiff's First Amended Complaint is dismissed, WITH PREJUDICE.

    IT IS SO ORDERED.

Dated: _____

                                    Honorable Beth Labson Freeman
                                    United States District Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

[PROPOSED] ORDER RE DEFENDANT CARNIVAL CORPORATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. 5:20-CV-07929-BLF