1  BLANK ROME LLP
   Ana Tagvoryan (SBN 246536)
2  atagvoryan@blankrome.com
   Harrison Brown (SBN 291503)
3  hbrown@blankrome.com
   Julianna Simon (SBN 307664)
4  jmsimon@blankrome.com
   2029 Century Park East | 6th Floor
5  Los Angeles, CA 90067
   Telephone:   424.239.3400
6  Facsimile:   424.239.3434

7  Attorneys for Defendant
   MOUSEFLOW INC.
8

9               **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11

| 12 | DANIEL ONN, individually and on behalf of all others similarly situated, | Case No. 5:20-cv-07929-BLF |
|----|---|---|
| 13 | | **DECLARATION OF JESS FRANDSEN IN SUPPORT OF DEFENDANT MOUSEFLOW INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | CARNIVAL CORP. and MOUSEFLOW, INC., | Hearing: |
| 17 | Defendants. | Date:    July 1, 2021<br>Time:   9:00 A.M.<br>Place:   San Jose Courthouse, Courtroom 3 |
| 18 | | 280 South 1st Street<br>San Jose, CA 95113 |
| 19 | | Judge:   Hon. Beth L. Freeman |
| 20 | | Compl.:  November 10, 2020<br>Trial:    Not set |

21

22

23

24

25

26

27

28

125135002

**DECLARATION OF JESS FRANDSEN IN SUPPORT OF DEFENDANT MOUSEFLOW INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Jess Frandsen, declare as follows:

1. I provide services to Defendant Mouseflow Inc. ("Mouseflow") as the Director of Sales at Mouseflow ApS, the parent company of Mouseflow. I make this declaration of my personal knowledge and my review of records kept in the ordinary course of business, in my capacity as sales director, and could and would testify competently hereto. I submit this Declaration in connection with Mouseflow's Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion").

2. Mouseflow is a software as a service ("SaaS") provider in the United States. Mouseflow's software and tools allows businesses to view advanced analytics and user studies using anonymized records of visitors' activity on their websites—"session replays" and "heatmaps"—so that, among other things, businesses can learn more about how their customers interact with their websites, and improve the customer journey and experience on the sites. Businesses deploy the Mouseflow Javascript code on their own websites. Businesses control their own websites, including what disclosures to make to their customers about their use of the Mouseflow software. Mouseflow's software does not identify any individual visitors, and does not need to, in order to provide the analytics.

3. In July 2018, Mouseflow entered into a subscription agreement (the "SaaS Agreement") with Defendant Carnival LLC ("Carnival").

4. Pursuant to the SaaS Agreement, Mouseflow granted Carnival a limited, revocable, non-exclusive, non-sublicensable license to install and use Mouseflow's script and code on Carnival's website.

5. Carnival did, in fact, install and use Mouseflow's script and code on Carnival's website.

6. Carnival retained complete control of Carnival's website.

7. The SaaS Agreement provides that Carnival must comply with all applicable privacy and data security laws in performing the SaaS Agreement and that Carnival will not use Mouseflow's software or services to violate such laws.

8. The SaaS Agreement is governed by Delaware law. Mouseflow and Carnival agreed to resolve any disputes in the state or federal courts located in the District of Delaware, to whose exclusive jurisdiction and venue they irrevocably submitted.

9. Mouseflow is incorporated in Texas, and maintains an office in Austin, Texas.

10. Mouseflow does not store any script, code, software, customer data, or recordings in California, or have any offices, employees or agents in California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of February, 2021, at Copenhagen, Denmark.

By: _____
Jess Frandsen