**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*



APPROVED
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ONN, individually and on behalf of all others similarly situated,<br><br>                                       Plaintiff,<br><br>     v.<br><br>CARNIVAL CORP. and MOUSEFLOW, INC.,<br><br>                                       Defendants. | Case No. 5:20-cv-07929-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Plaintiff Daniel Onn dismisses his individual claims against both defendants without
2  prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated:  April 12, 2021          **BURSOR & FISHER, P.A**.

By:   */s/ Joel D. Smith*
        Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
          jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*